JPML FORM 1A                                                                 p.1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 906 -- In re Mid-Air Collision Near ~~Tracey~~ Tracy, California, on August 24, 1989

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by pltfs. Patranilla Fotchman and Troy Fotchman for transfer of action w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. California -- SUGGESTED TRANSFEREE JUDGE: ? |
| 91/10/04 | | APPEARANCES -- PETER T. CATHCART, ESQ. for Onorina Perry, et al.; LOUIS S. FRANECKE, ESQ. for Patranilla Fotchman, et al. and JOHN J. CONNORS, ESQ. for United States of America (rh) |
| 91/10/10 | 2 | JOINDER IN MOTION -- (to pldg. #1) United States of America -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/11/22 | | WAIVERS OF ORAL ARGUMENT for 11/22/91 hearing, West Palm Beach, Florida -- All parties waived (kac) |
| 91/12/11 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of California to the Hon. Fern M. Smith for pretrial proceedings (rh) |
| 91/12/11 | | TRANSFER ORDER -- Transferring A-2 to the Northern District of California pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 906 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mid-Air Collision Near ~~Tracey~~ Tracy, California, on August 24, 1989

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 22, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 11, 1991 | TO | Unpublished | N.D. California | Hon. Fern M. Smith | |

### Special Transferee Information

DATE CLOSED: 9/22/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 906 -- In re Mid-Air Collision Near ~~Tracey~~ Tracy, California, on August 24, 1989

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patranilla Fotchman and Troy Fotchman v. The United States of America | Cal.,N. Smith | C91-2426 FMS | | | 9/22/93 D | settled |
| A-2 | Onorina Perry and Virginia Souza v. The United States of America | Cal.,E. Karlton | CIV-S-91-562 LKK PAN | 12/11/91 | 91-4428 | 4/30/93 D | |
| XYZ-3 | Avemco Insurance Co., et al. v. United States of America | Cal.,N. Smith | 92-CV-1432 | | | 9/22/93 D | settled |

Sept. 1999 - 3 Dis./Ct. closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 906 -- In re Mid-Air Collision Near Tracey [Tracy], California, on August 24, 1989

========================================================================

PATRANILLA FOTCHMAN, ET AL. (A-1)
Louis S. Franecke, Esq.
Mack, Hazlewood & Franecke
50 California St.
Suite 2675
San Francisco, CA  94111

ONORINA PERRY, ET AL. (A-2)
Peter T. Cathcart, Esq.
Magana, Cathcart, McCarthy & Pierry
1801 Avenue of the Stars
Suite 810
Los Angeles, CA  90067

UNITED STATES OF AMERICA
John J. Connors, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C.  20044-4271

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __906__ -- In re Mid-Air Collision Near T~~racey~~ Tracy, California, on August 24, 1989

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States of America | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |