JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 11 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

# DOCKET NO. 906

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MID AIR COLLISION NEAR TRACY, CALIFORNIA, ON AUGUST 24, 1989

*Onorina Perry, et al. v. The United States of America*, E.D. California, C.A. No. CIV-S-91-562-LKK-PAN

*Patranilla Fotchman v. The United States of America*, N.D. California, C.A. No. C91-2426-FMS

**BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL**

### TRANSFER ORDER

This litigation presently consists of two actions, one action each in the Northern District of California and Eastern District of California. Before the Panel is a motion by the Northern California plaintiff to transfer the Eastern California action to the Northern District of California for coordinated or consolidated pretrial proceedings with the action pending there. Movant has informed the Panel that the Eastern California plaintiffs agree that transfer is appropriate. The United States, the sole defendant, joins in this motion.

On the basis of the papers filed,[1] the Panel finds that the two actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of a mid air collision of two aircraft near Tracy, California. Centralization under Section 1407 is desirable in order to conserve the resources of the parties, their counsel and the judiciary, avoid duplication of discovery, and prevent inconsistent pretrial rulings.

We are persuaded that the Northern District of California is the appropriate transferee forum for this docket. We note that the Northern California plaintiff resides and defendant's counsel is located in this district and that it is also near the location of witnesses.

---

[1] The parties waived oral argument and accordingly the question of Section 1407 transfer was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the above-captioned action pending in the Eastern District of California be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Fern M. Smith for coordinated or consolidated pretrial proceedings with the above-captioned action pending in that district.

FOR THE PANEL:

John F. Nangle
Chairman